FILED
CLERK, U.S. DISTRICT COURT

JUN I 3 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY



# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARNOLDO SILVA,

Defendant.

Case No.  CR17-1205M

ORDER OF DETENTION

I.

On May 23, 2017, Defendant made his initial appearance in the Eastern District of California on the complaint and warrant filed in this district. A detention hearing was held and defendant was detained. On June 12, 2017, Defendant made his initial appearance in this district on the complaint. Defendant submitted on the Pretrial Services Officer's recommendation of detention. Accordingly, the Court issues the following Order of Detention.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of

the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ convictions for providing false information to peace officers,

☒ history of failing to appear

☒ history of substance abuse and criminal activity while on probation and parole.

As to danger to the community:

☒ Criminal History includes identity theft violations, committing offenses while on community supervision, and violations of probation and parole

☒ Current Allegations

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: June 13, 2017        _____/s/_____
                                              ALKA SAGAR
                              UNITED STATES MAGISTRATE JUDGE